1   GEOFFREY A. HANSEN
    Acting Federal Public Defender
2   VARELL L. FULLER
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant COVARRUBIAS-FLORES

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11   UNITED STATES OF AMERICA,            )     No. CR 12-00132-EJD
                                          )
12                    Plaintiff,          )     STIPULATION AND [PROPOSED]
                                          )     ORDER CONTINUING HEARING DATE
13   vs.                                  )     AND EXCLUDING TIME UNDER THE
                                          )     SPEEDY TRIAL ACT
14   GONZALO COVARRUBIAS-FLORES,          )
                                          )
15                    Defendants.         )
     _____)
16                                        )

17

18                              **STIPULATION**

19        Defendant Gonzalo Covarrubias-Flores, by and through Assistant Federal Public

20   Defender Varell L. Fuller, and the United States, by and through Special Assistant United States

21   Attorney Carolyn Sanin, hereby stipulate that, with the Court's approval, the status hearing

22   currently set for Monday, August 6, 2012, at 1:30 p.m., shall be continued to Monday,

23   September 17, 2012 at 1:30 p.m.

24        The reason for the continuance is defense counsel requires additional time to conduct

25   further investigation and complete ongoing legal research necessary to adequately advise Mr.

26   Covarrubias-Flores.

Stipulation and [Proposed] Order
No. CR 12-00132 EJD                         1

1    For the foregoing reasons, the parties jointly request and agree to an exclusion of the time

2  between August 6, 2012, and September 17, 2012, under the Speedy Trial Act, 18 U.S.C. §

3  3161(h)(7)(A) and (B)(iv), for effective preparation by defense counsel.

4    IT IS SO STIPULATED.

5

6  Dated: August 1, 2012

7                                              _____/s/_____
                                               VARELL L. FULLER
                                               Assistant Federal Public Defender
8

9  Dated: August 1, 2012              _____/s/_____
                                               ANN MARIE URSINI for
10                                             CAROLYNE A. SANIN
                                               Special Assistant United States Attorney
11 //
   //
12 //
   //
13 //
   //
14 //

15                          **[PROPOSED] ORDER**

16    GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

17 ORDERED that the hearing currently set for Monday, August 6, 2012, shall be continued to

18 Monday, September 17, 2012, at 1:30 p.m.

19    THE COURT FINDS that failing to exclude the time between August 6, 2012, and

20 September 17, 2012, would unreasonably deny defense counsel reasonable time necessary for

21 effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. §

22 3161(h)(7)(B)(iv).

23    THE COURT FURTHER FINDS that the ends of justice served by excluding the time

24 between August 6, 2012, and September 17, 2012, from computation under the Speedy Trial Act

25 outweigh the interests of the public and the defendant in a speedy trial.

26    THEREFORE, IT IS HEREBY ORDERED that the time between August 6, 2012, and

1    September 17, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C.

2    § 3161(h)(7)(A) and (B)(iv).

3          IT IS SO ORDERED.

4
     Dated:   August 2, 2012
5
                                              _____
6                                             THE HONORABLE EDWARD J. DAVILA
                                              United States District Court Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation and [Proposed] Order
No. CR 12-00132 EJD                          3